AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 16-CV-2480-WJM-CBS

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2017 JUN 13 PM 12:44
JEFFREY P. COLWELL
CLERK c/o Judge Michael Martinez
———— DEP. CLK

This summons for *(name of individual and title, if any)* 2nd Judicial District/Denver Dist Court
was received by me on *(date)* 6/13/17 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ~~Jennifer~~ de ric Wendy , who is
designated by law to accept service of process on behalf of *(name of organization)* 2nd Judicial District,
Denver County District Court on *(date)* 6/13/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/13/17

Debra A. Carroll
*Server's signature*

Debra A. Carroll
*Printed name and title*

5483 S. Holland St. Littleton CO 80123
*Server's address*

Additional information regarding attempted service, etc:

JOSIAH SMOOT
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20154014397
MY COMMISSION EXPIRES 04-09-2019